



USDC of DE No:
07-217M

FILED
OCT 31 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

Petition for Warrant
with Attached Request for
Court Action Direction Detailing Probable Cause

Offender: PARHAM, RICHARD                                Docket Number: 96-CR-279

Sentencing Judge: Honorable Richard M. Berman, U.S. District Judge

Date of Original Sentence:     January 14, 1997

Original Offense:     Conspiracy To Distribute and Possess With Intent To Distribute "Crack" Cocaine

Original Sentence:    120 months followed by five years supervised release.

Type of Supervision:   Supervised Release      Date Supervision Commenced:    April 24, 2004

## PETITIONING THE COURT TO ISSUE A WARRANT

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | DURING THE PERIOD 8/30/07 - 9/11/07, THE RELEASEE USED A CONTROLLED SUBSTANCE, TO WIT, COCAINE. MANDATED CONDITION, MANDATORY REVOCATION, GRADE C VIOLATION. |
| 2 | DURING THE PERIOD 8/30/07 - 9/11/07, THE RELEASEE USED A CONTROLLED SUBSTANCE, TO WIT, MARIJUANA. MANDATED CONDITION, MANDATORY REVOCATION, GRADE C VIOLATION. |
| 3 | ON OR ABOUT 9/11/07, THE RELEASEE FAILED TO NOTIFY THE PROBATION OFFICER OF A CHANGE IN RESIDENCE IN THAT THE RELEASEE REPORTED THAT HE CONTINUES TO RESIDE AT 2660 FREDERICK DOUGLASS BLVD, APT# 8D, NEW YORK, N.Y. WHEN HIS AUNT (YVETTE KING) LATER INFORMED THAT THE RELEASEE DOES NOT RESIDE AT THE STATED RESIDENCE. CONDITION # 6, GRADE C VIOLATION. |
| 4 | ON 9/27/07 OR ANY TIME THEREAFTER, THE RELEASEE FAILED TO REPORT TO THE U.S. PROBATION OFFICER AS DIRECTED. CONDITION #2, GRADE C VIOLATION. |

PARHAM, RICHARD                                              12604 - Bernard Ray

2

5   ON OR ABOUT 9/4/07, 9/11/07, 9/18/07, 9/25/07 AND EVERY TUESDAY THEREAFTER, THE RELEASEE FAILED TO ABIDE BY COURT ORDERED TREATMENT, IN THAT HE FAILED TO ATTEND GROUP TREATMENT SESSIONS AT DAYTOP AND DID NOT HAVE PERMISSION TO DISCONTINUE HIS ATTENDANCE AT SAID TREATMENT SESSIONS. SPECIAL CONDITION, GRADE C VIOLATION.

U.S. Probation Officer Recommendation:

The term of supervision should be:

Revoked

The conditions of supervision should be modified as follows:

**I declare under penalty of perjury that the foregoing is true and correct. (Supporting documentation is attached)**

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

*[signature: Bernard Ray]*

Bernard Ray
Supervising Probation Officer
212-805-5120