OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO
  Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

November 1, 2007

TO:  U.S. District Court
      Southern District of New York
      500 Pearl Street
      New York, New York 10007-1312

      **Re:  USA v. Richard Parham**
             **USDC of DE. Crim. No.: 07-217-M**
             **USDC of SDNY Crim. No.: 96-279**



FILED

NOV 2 1 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Clerk:

    Enclosed please find the original record together with a certified copy of the docket entries in the above referenced case.

    Please acknowledge receipt of the documents on the enclosed duplicate of this letter.

                          Sincerely,

                          Ronald Golden
                          Deputy Clerk

/rpg
enclosure

    I hereby acknowledge receipt of the record in the above referenced case on _11/13/07_ .
                               (date)

_____
      Signature

_____
      Title